UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL ORRIN GRIFFIN,<br><br>       Defendant. | Case No. CR05-439-RSL-JPD<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Bank Robbery, in violation of 18 U.S.C. § 2113 (a).

<u>Date of Detention Hearing</u>: December 15, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    The defendant previously served time for the crime of committing bank robbery, for which he was sentenced on February 4, 2000.

    (2)    At the hearing on December 15, 2005, the defendant pleaded guilty to committing the crime of bank robbery on or about November 14, 2005.

    (3)    When he committed the bank robbery on November 14, 2005, the defendant was on supervised release.

(4) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

(5) Defendant has stipulated to detention.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of December, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge